UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF
AMERICA,

                        Plaintiff,

      -v-

ALLIED WORLD NATIONAL ASSURANCE COMPANY,

                     Defendant.

CIVIL ACTION NO. 25 Civ. 7829 (VSB) (SLC)

**ORDER RESCHEDULING INITIAL CASE
MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court is in receipt of Defendant's request to reschedule the initial conference at Dkt.

No. 23.  The request is GRANTED and the initial conference in accordance with Fed. R. Civ. P. 16

is RESCHEDULED to **Thursday, October 23, 2025 at 10:00 a.m. ET** on the Court's conference line.

The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled

time.  At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R.

Civ. P. 16(b) and (c).

        It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ.

P. 26(f) and file a Report of Rule 26(f) Conference and Proposed Case Management Plan, via ECF,

signed by counsel for each party no later than **Thursday, October 16, 2025.**  A template is

available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

        To the extent the parties disagree about any portion of the Pre-Conference Statement,

they may set forth their respective proposals for the disputed provision, without argument.

Dated:      New York, New York
           October 2, 2025

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**